# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>ANDREW AKERS<br><br><br>*Defendant(s)* | )<br>)<br>) Case No. 20-7-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    January 3, 2020    in the county of    Philadelphia    in the    Eastern    District of    Pennsylvania   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | Attempted bank robbery |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Yaeger, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    1/6/20

_____
*Judge's signature*

City and state:    Philadelphia, Pennsylvania

David R. Strawbridge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Yaeger, being duly sworn under oath and deposed, state the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Philadelphia, Pennsylvania Division. I have been a Special Agent of the FBI for more than 13 years. I am currently assigned to the Philadelphia Violent Crime squad and have been for approximately the past 5 years. For the prior 5 years, I was assigned to the Organized Crime squad. For approximately 3.5 years prior to that, I was assigned to the Violent Crimes/Major Offenders squad in the FBI's Milwaukee, Wisconsin Division. In the course of my work, I have investigated violations of federal law being committed by violent offenders and criminal organizations, including murders, robberies, drug offenses, racketeering, gambling offenses, firearms offenses, and money laundering offenses.

2. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging ANDREW AKERS, white male, date of birth May 13, 1997, with a violation of Title 18, United States Code, Section 2113(a) (attempted bank robbery). As explained more fully below, AKERS entered the Bank of America, 1818 Market Street, Philadelphia, Pennsylvania, armed with a demand note and a hoax bomb, and demanded money from staff. AKERS was apprehended by law enforcement inside the bank.

3. This affidavit is based upon my personal knowledge, experience and investigation, as well as information related to me directly or through reports of other FBI agents and task force officers and Philadelphia Police Department (PPD) personnel. Throughout this affidavit, reference will be made to "agents," referring to those federal, state and local law enforcement officers who have directly participated in the investigation, and with whom I have

had regular contact. For simplicity, the plural form "agents" will be used throughout this affidavit, although some observations were made by only one agent.

4. Because this affidavit is submitted for the limited purpose of obtaining a criminal complaint, I have not included all information known by me or other agents concerning this investigation. I have set forth only those facts I believe are essential to establish probable cause for the criminal complaint. This affidavit does not exhaust my knowledge or that of other agents of the facts and circumstances surrounding this investigation.

5. On January 3, 2020, at or around approximately 12:00 p.m., AKERS entered the Bank of America, 1818 Market Street, Philadelphia, Pennsylvania. AKERS was carrying a large cardboard box, wearing a black jacket, white t-shirt, and dark pants. AKERS approached the front office of M.D., the Relationship Manager for Bank of America. AKERS put a note on the desk that read, "ROBBERY I HAVE A BOMB. IF YOU ATTEMPT TO DIVERT THIS ROBBERY. I WILL DENONATE THE BOMB. SO DONT BULLSHIT ME. NO ALARMS_ NO DYE PACKS_ NO GPS PACKS. IM NOT A ROOKIE. NO NEGOTIATING. TAKE THIS BOX TO THE DAY SAVE (CASH COW) AND FILL IT TO CAPACITY WITH CASH. HALF 100'S AND HALF 50'S AND 20'S THE BOX IS RIGGED TO DETONATE IF YOU PUT ANY DYE PACKS OR TRACKING DEVICES IN IT. YOU HAVE (3) MINUTES. NO NEGOTIATIONS."[1] M.D. told the male she did not have any money and that the tellers were downstairs. M.D. did not see a bomb, but AKERS had a large bulge coming from his left pocket.

---

[1] The note was later recovered by law enforcement. The note contained some lower case letters, but I have printed it in all capital letters for simplicity.

6. M.D. walked with AKERS downstairs to the bank's lower level. Assistant Manager L.O. walked into the lobby area from behind the teller station. AKERS handed L.O. the cardboard box and ordered he fill the box with money. AKERS told L.O. the box was rigged and that he had a bomb. L.O. took the box behind the counter and immediately hit the emergency button to contact police. L.O. was handling money and continued conversation with AKERS trying to get AKERS to walk in front of the cameras. AKERS did not walk any closer and told L.O. to come back out from behind the counter. AKERS handed L.O. a demand note, but told L.O. to read the note and hand it back.

7. PPD 9th District Bike Police Officers responded to a radio call for a "Robbery in Progress." A physical description provided by Police Radio was that a white male, approximately 6', with a beard and a birth mark over his left eye was attempting to rob the bank. Upon arrival, officers were directed to the lower level. Once on the lower level a bank employee pointed at AKERS. AKERS was taken to the ground and into custody without incident. While AKERS was taken into custody he stated, "It's fake, I give up." Recovered on the offender were two bottles containing an unknown liquid with a timing device attached to one of the bottles. L.O. then informed the responding officers that there was a box behind the counter that the offender gave him and inside the box was a white envelope with a computer chip in it. The bank was subsequently cleared by the Philadelphia Bomb Squad.

8. After AKERS was secured in a police cruiser, M.D. walked to the cruiser and identified AKERS as the male who attempted to rob the bank.

9. AKERS was transported to the FBI Philadelphia office, where agents advised AKERS of his constitutional rights. AKERS waived his rights and agreed to be interviewed. In summary, AKERS admitted that he attempted to rob the bank. AKERS stated he was released

from federal prison in Fairton, New Jersey on the morning of January 3, 2020. He was transported to the Philadelphia International Airport, where he was supposed to board a plane to Texas in order to report to a halfway house. Instead, AKERS took a taxi to the victim bank, with the intent to rob the bank. AKERS stated that he used a demand note during the robbery and that he carried a cardboard box. AKERS admitted he possessed two bottles containing liquid (one with a small clock radio attached that looked like a timing device), which were supposed to resemble bombs (but were not actual explosives). AKERS also admitted he possessed a white envelope with a computer chip and wires, which he pretended was a device that could scan for dye packs or GPS trackers.

10. Based on my training and experience, I know that the deposits of Bank of America (including the branch at 1818 Market Street, Philadelphia, Pennsylvania) are insured by the Federal Deposit Insurance Corporation.

11. Based on the above, I believe that probable cause exists that on January 3, 2020, ANDREW AKERS attempted to rob the Bank of America branch, located at 1818 Market Street, Philadelphia, Pennsylvania, in violation of Title 18, United States Code, Section 2113(a).

MATTHEW YAEGER
Special Agent
Federal Bureau of Investigation

Sworn to before me
this 6 day of January 2020

HONORABLE DAVID R. STRAWBRIDGE
United States Magistrate Judge